IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER BENNETCH | : | CIVIL ACTION |
| GERALD WILLIAMS-BEY | : | |
| | : | |
| v. | : | |
| | : | |
| VANESSA HALL, et al. | : | NO. 16-3725 |

### ORDER

AND NOW, this 17th day of August, 2016, upon consideration of plaintiffs' motions to proceed *in forma pauperis* (Documents 1 & 2) and their *pro se* complaint, it is ORDERED that:

1. Plaintiffs' motions for leave to proceed *in forma pauperis* are GRANTED.

2. The complaint is DISMISSED without prejudice for the reasons discussed in the Court's memorandum.

3. Plaintiffs may file an amended complaint within thirty (30) days of the date of this order in the event they can state a plausible claim within the Court's jurisdiction. Any amended complaint must identify all of the defendants in the caption of the amended complaint and shall state the basis for plaintiffs' claims against each defendant. Any amended complaint shall be a complete document that states plaintiffs' claims without referring back to or relying on other documents or pleadings filed in this matter. Upon the filing of an amendment, the Court shall not make service until so ORDERED.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.